IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| COMMERCIAL MORTGAGE | ) | |
|---|---|---|
| SERVICES, LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 08-CV-314-WDS |
| | ) | |
| JENKINS DISPLAYS CO., et al., | ) | |
| | ) | |
| Appellees. | ) | |

# O R D E R

**STIEHL, District Judge:**

Before the Court is appellant Commercial Mortgage Services', LLC (CMS) motion for extension of time (Doc. 3), to which appellee Jenkins has filed an objection (Doc. 5), and appellant CMS' motion to consolidate (Doc. 4), to which appellee Jenkins has filed an objection (Doc. 6).

Appellant CMS seeks an extension of thirty (30) days to file its brief.[1] Appellee Jenkins objects to an extension of time because appellant's failure to comply with Rule 8009(a) of the Federal Rules of Bankruptcy Procedure will cause prejudice by delaying the disposition of nearly $1.5 million, to which appellee Jenkins claims it has priority. Upon review of the record, the Court **FINDS** that the prejudice created by delaying this appeal for thirty days, allowing time for appellant CMS to file its brief, is not so great as to justify denying appellant CMS's request. Accordingly, the Court **GRANTS** appellant CMS's motion for extension of time (Doc. 3) and **DIRECTS** appellant CMS to file its brief on or before June 27, 2008.

Appellant CMS also seeks to consolidate its bankruptcy appeal, Cause No. 08-CV-314-

---

[1]This bankruptcy appeal was docketed on April 28, 2008 and, pursuant to Rule 8009(a)(1) of the Federal Rules of Bankruptcy Procedure, appellant's brief was due as of May 13, 2008.

WDS, with that of Appellant Plaza Properties, LLC (Plaza Properties) and Property Consultants, LLC (Property Consultants), Cause No. 08-CV-313-WDS. Appellant CMS argues that both appeals arise from the same court order, involve the same parties, and address the same issues. Appellee Jenkins objects to consolidation and argues that its appeal addresses issues that are distinct from the issues that appellants Plaza Properties and Property Consultants raise in their appeal. Appellee Jenkins states that those appellants "have no interest in the outcome of a priority dispute between Jenkins and Appellant here." Upon review of the record, the Court **FINDS** that appellants' respective appeals arise from the Bankruptcy Court's order regarding the motion to construe (Doc. 1-4, Case No. 06-30078). Accordingly, the Court **GRANTS** appellant CMS' motion to consolidate (Doc. 4).

The Court **DIRECTS** the Clerk of the Court to consolidate Cause No.08-CV-314-WDS with Cause No. 08-CV-313-WDS. All future filings shall bear Cause No. 08-CV-313-WDS.

**IT IS SO ORDERED.**

**DATED: June 11, 2008.**

            **s/ WILLIAM D. STIEHL**
            **DISTRICT JUDGE**